# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN PETERSEN et. al., | ) 1:12-cv-1029 AWI GSA |
| Plaintiffs, | ) |
| v. | ) ORDER TRANSFERRING ACTION TO THE |
| | ) UNITED STATES DISTRICT COURT, |
| MILDRED BROWNE, et al., | ) NORTHERN DISTRICT OF CALIFORNIA |
| Defendants. | ) |

On June 26, 2012, Plaintiffs, Ryan Petersen, Michael Petersen, and Randi Petersen ("Plaintiffs") filed a complaint alleging several causes of action including *inter alia*, civil rights violations and numerous state law claims. (Doc. 1). Plaintiffs' complaint involves allegations against defendants who reside in Concord, California in Contra Costa County.[1] Contra Costa County is located within the jurisdiction of the United States District Court, Northern District of California. Accordingly, this action will be transferred to the United States District Court, Northern District of California, because all of the named defendants reside in that district and a

---

[1] Plaintiffs' complaint names several employees of the Mount Diablo Unified School District, as well as an attorney who appears to reside within the United States District Court, Northern District of California. 28 U.S.C. § 1391(b) provides that " a civil action may only be brought in : (1) a judicial district where any defendant resides, if all defendants are residents of the state in which the district is located, 2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or 3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action."

1

1 substantial part of the events giving rise to the claim have occurred there. *See*, 28 U.S.C. §
2 1391(b). [2]

3     Good cause appearing, IT IS HEREBY ORDERED that this matter is TRANSFERRED
4 to the United States District Court, Northern District of California.

7     IT IS SO ORDERED.
8     Dated:   **June 28, 2012**           **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE

---

[2] Plaintiffs' complaint requests a change of venue to this district, however, Plaintiffs are advised that any motion to change venue will need to be filed in the Northern District of California.